PER CURIAM.
Affirmed. Bould v. Touchette, 349 So.2d 1181 (Fla.1977); McMillion v. Whalen, 553 So.2d 1376 (Fla. 2d DCA 1989), rev. denied, 562 So.2d 346 (Fla.1990); Klein v. Klein, 551 So.2d 1235 (Fla. 3d DCA 1989), rev. denied, 562 So.2d 346 (Fla.1990); Burton v. Powell, 547 So.2d 330 (Fla. 5th DCA 1989); Allstate Ins. Co. v. Edenfield, 543 So.2d 874 (Fla. 4th DCA 1989); Laberge v. Vancleave, 534 So.2d 1176 (Fla. 5th DCA 1988), rev. denied, 545 So.2d 1369 (Fla.1989); Tripp v. Killam, 492 So.2d 472 (Fla. 4th DCA 1986); Volusia County v. Niles, 445 So.2d 1043 (Fla. 5th DCA 1984); Williams v. Great American Bank, 435 So.2d 402 (Fla. 3d DCA 1983); Keller Ind., Inc. v. Morgart, 412 So.2d 950 (Fla. 5th DCA 1982); Glabvo Dredging Contractors v. Brown, 374 So.2d 607 (Fla. 3d DCA 1979); Allstate Ins. Co. v. Ruiz, 305 So.2d 275 (Fla. 3d DCA 1974); Arsenault v. Thomas, 104 So.2d 120 (Fla. 3d DCA 1958).